UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL HIPOLITO CASTANEDA,

Petitioner,

v.

TIMOTHY AITKEN, et al.,

Respondents.

Case No. 15-cv-01635-MEJ

**ORDER TO SHOW CAUSE**

Petitioner Miguel Angel Hipolito Castaneda has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is in Respondents' custody pursuant to an order by an Immigration Law Judge denying him release on bond. Petitioner seeks habeas relief from this Court and alleges that his bond hearing lacked adequate procedural protections, violated his Fifth Amendment right to procedural due process, and that his continued detention violates his Fifth Amendment right to substantive due process. Liberally construed, the claims appear potentially colorable under 28 U.S.C. § 2241 and merit an answer from Respondents.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Clerk of Court shall serve a copy of the petition and this order upon Respondents and the Attorney General of the United States. *See* 28 U.S.C. § 2254, Rule 4.

(2) Respondents shall then file and serve an answer in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6. Respondents shall file with the answer and serve on Petitioner a copy of all portions of the underlying state criminal record that were previously transcribed and are relevant to the issues presented by the petition.

(3) Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6.

(4)     Respondents may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases within 60 days of the date this order is filed. If such a motion is filed, Petitioner shall file with the Court and serve on Respondents an opposition or statement of non-opposition within 28 days of the date the motion is filed, and Respondents shall file with the Court and serve on Petitioner a reply within 14 days of the date any opposition is filed.

**IT IS SO ORDERED.**

Dated: April 15, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge