UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL HIPOLITO CASTANEDA,

    Petitioner,

  v.

TIMOTHY AITKEN, et al.,

    Respondents.

Case No. 15-cv-01635-MEJ

**ORDER GRANTING REQUEST FOR ABBREVIATED BRIEFING SCHEDULE**

Petitioner Miguel Angel Hipolito Castaneda moves for an abbreviated briefing schedule and oral arguments for his writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 11. No opposition has been received, although Petitioner states that counsel for Respondents stated that he opposes the request because Petitioner has already had a bond hearing before a neutral magistrate judge. Good cause appearing, the Court GRANTS Petitioner's request as follows:

1. Respondents shall file with the Court and serve on Petitioner, within thirty (30) days of the date this Order is filed, an answer showing cause why a writ of habeas corpus should not be granted. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondents within ten (10) days of the date the answer is filed.

2. Respondents may file a motion to dismiss on procedural grounds in lieu of an answer within thirty (30) days of the date this Order is filed. If Respondents file such a motion, Petitioner shall file with the Court and serve on Respondents an opposition or statement of nonopposition within fourteen (14) days of the date the motion is filed, and Respondents shall file with the Court and serve on Petitioner a reply within seven (7) days of the date any opposition is filed.

3. The matter shall be deemed submitted on the papers, unless the Court determines that a hearing is necessary.

**IT IS SO ORDERED.**

Dated: May 5, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge